(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

## Western District of New York

24 CV 1094 V

Case No. _____

(to be filled in by the Clerk's Office)

_Gardner, Eric, S_ )
)
_____ )
*Plaintiff(s)* )
*(Write the full name of each plaintiff who is filing this complaint.* )
*If the names of all the plaintiffs cannot fit in the space above,* )
*please write "see attached" in the space and attach an additional* )
*page with the full list of names.)* )
-v- )
)
)
_See attached_ )
)
_____ )
*Defendant(s)* )
*(Write the full name of each defendant who is being sued. If the* )
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

JURY TRIAL: Yes ☒ No ___

UNITED STATES DISTRICT COURT
FILED
NOV 1 2 2024
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                            Eric S. Gardner

All other names by which
you have been known:            ID Number   449.

ID Number                       Niagara County Correctional Facility

Current Institution             P.O. Box 496

Address                         Lockport          New York          14095

                                _____      _____      _____
                                *City*            *State*           *Zip Code*

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
    Name                        Niagara County Sheriff, Michael J. Filicetti
    Job or Title *(if known)*    (Sheriff)
    Shield Number
    Employer                    Niagara County Sheriffs Department
    Address                     5526 Niagara Street Extension
                                Lockport          N.Y.          14095
                                _____      _____      _____
                                *City*            *State*           *Zip Code*

                                ☑ Individual capacity   ☑ Official capacity

Defendant No. 2
    Name                        Sean Furey
    Job or Title *(if known)*    Niagara County Sheriff  night ( Leiutenant)
    Shield Number
    Employer                    Niagara County Sheriffs Department
    Address                     5526 Niagara Street Extension
                                Lockport          N.Y.          14095
                                _____      _____      _____
                                *City*            *State*           *Zip Code*

                                ☑ Individual capacity   ☑ Official capacity

Defendant No. 3
    Name                  _Mindy Brant_
    Job or Title *(if known)*   _Deputy_
    Shield Number
    Employer           _Niagara County Sheriffs Deptartment_
    Address            _5526 Niaga Street Extension_
                    _Lockport_   _N.Y._   _14095_
                     *City*      *State*   *Zip Code*

    ☒ Individual capacity    ☒ Official capacity

Defendant No. 4
    Name                  _Brian Seaman / Christine Sovolica_
    Job or Title *(if known)*   _District Attorney / Assistant District Attorney_
    Shield Number
    Employer           _Niagara County District Attorneys Office_
    Address            _0175 Hawley Street_
                    _Lockport_   _N.Y._   _14094_
                     *City*      *State*   *Zip Code*

    ☒ Individual capacity    ☒ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971),* you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

    The 4th Amendment, NY Const, art 1 §12, NYVTL 1194, NYCPL 690.36, 690.40 (3)

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens,* what constitutional right(s) do you claim is/are being violated by federal officials?

Defendant No. 5

Caroline Wojtaszek
Niagara County Courthouse
175 Hawley Street
Lockport, N.Y. 14094

☒ Individual capacity   ☒ Official Capacity

Defendant No. 6

ECMC Hospital
462 Grider Street, Buffalo N.Y. 14215

Defendant No. 7

Mary Bridget Reilly
ECMC Hospital
462 Grider Street
Buffalo, N.Y. 14215

Defendant No. 8

Emilee Russell
ECMC Hospital
462 Grider Street
Buffalo, N.Y. 14215

Defendant No. 9

Maria C. Kaisler
ECMC Hospital
462 Grider Street
Buffalo, N.Y. 14215

II. Basis for Jurisdiction   on page 4 of 11

Section  D. Judge Caroline J. Wojtaszek granted a Court Order under VTL 1194(3)(d)(4) but failed to perform her duties to insure what was read was accurate. Judge Wojtaszek departed from the regularity of the warrant process.

Niagara County Sheriff, Michael J Filicetti failed to employ lawfully diligent Deputies. Deputy Mindy Brant and her Supervisor Leiutenant Sean Furey both failed to produce, view, or have in hand a Valid Court Order before directing ECMC medical staff to draw my blood and leave the hospital with it.

Niagara County Sheriff, Leiutenant Sean Furey who had 23 years experience directed his Deputy Mindy Brant to instruct ECMC medical staff to draw my blood though Brant did not have a Court Order in her possesion.

Niagara County Sheriff, Deputy Brant directed ECMC medical staff to draw my blood though she had not seen or produced a Court Order. Deputy Brant seized my blood from my body and hospital without a Court Order.

Niagara County District Attorney, Brian Seaman has the duty to see that the evidence his Assistant District Attorney's use at Grand jury and though-out prosecution are in substantial compliance with N.Y Statutes, the N.Y.

and the U.S. Constitution including not to maliciously prosecute a person with evidence that is in clear violation of the Fourth Amendment.

Niagara County Assistant District Attorney, Christine Savoia Savoia knew that Court Order was not read into the record in substantial compliance, was not prepared or signed on the night of August 26, 2022 when the blood was seized from my body and hospital. Savoia maliciously prosecuted me at the Grand Jury and through-out the past two years that have followed. Savoia has produced counterfeit Court Orders after the fact that the Court recognized as in the Courts words "depicts something different".

ECMC and its medical staff violated the N.Y. and U.S Constitution, the NY VTL, and CPLR 4504 Physician, dentist, chiroproctor and nurse privilege.

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

See attatched.

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☒ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☐ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)*

## IV.   Statement of Claim    See attatched

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

They arose at ECMC on August 26, 2022

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

N|A

IV. Stament of Claim #1        on page 4 of 11

A. Judge Wojtaszek diverted from the regularity of the NYVTL 1194(3)(d)(4) statute and warrant requirement. On page 7 of the telephonic oral application Judge Wojtaszek: "OK. Now I generally ask that the Order be read back to me, um, before you sign it". CPL 690.40(3) requires: When a judge determines to issue a search warrant based upon oral application, the applicant therefor shall prepare the warrant in accordance with 690.45 and shall read it verbatim to the judge. That is not what Judge Wojtaszek decided to follow. Judge Wojtaszek fails to perform her duties impartially and diligently 22NYCCR 100.3. What did happen was Judge Wojtaszek said to Lt. Furey: " Is there any way for that to happen or can you call me back? Lt. Furey responds:" I would have to leave here and go to ECMC to do so. Judge Wojtaszek next asks A.D.A. Savoia: "Um do you have any thoughts on that Ms. Savoia".

Lt. Furey did not go to ECMC, prepare, or read back an Order to the Judge. NYVTL 1194(3)(d)(4) requires in relevant part: "When a judge or justice determines to issue an order to compel submission to a chemical test based on oral application, the applicant therefor shall prepare the Order in accordance with the instructions of the judge or justice. It must be    (1)

Signed by the judge or justice if issued in person, or by the applicant if issued orally. Lt. Furey did not follow the law. After ending the telephonic oral application he communicated to his Deputy, Mindy Brant that they had an Order and to go ahead and have medical staff at ECMC draw my blood. The Law is clearly established and requires the order/warrant to be in hand before seizing blood. Lt. Furey with 23 years of training and experience certainly knew what was required of the Fourth Amendment.

Deputy Mindy Brant directed ECMC hospital staff to draw my blood without my permission and without having produced, viewed, or shown an Order before seizing the blood and leaving the hospital with it. Deputy Brant had been trained in Law Enforcement and the law is clear regarding the NYVTL Statues as well as the NY Constitution and the United States, including the Fourth Amendment.

Assistant District Attorney Savoia who was present during the telephonic oral application between Lt. Furey and Judge Wojtaszek had this to say in response to Judge Wojtaszeks question to her: "Um, do you have any thoughts on that Ms. Savoia?." Savoia responds saying: "I'm sorry Judge. You want him to read back to you the paper at the hospital?      ②

Judge Wojtaszek responds: "Yeah well, what I have on a checklist is that the Order be read back to me to insure accuracy." Christine Savoia says: "Oh, um, I mean I can read you the Order like filling in the blanks what would be the Order of the Court." Judge Wojtaszek says: "Yes if you could." NY VTL 1194(3)(d)(4) in relevant part reads: In all cases the order shall include the name of the issuing judge or justice, the name of the applicant, and the date and time it was issued. What ADA Savoia read into the call did none of that.

Niagara County Court Judge Ottaviano took over the case after Judge Wojtaszek recused over Ex-Parte Conversations between her law Clerk and ADA Savoia. On May 23, 2024 in Judge Ottavianos Order and Decision on page 13 regarding the fraudulent order A.D.A. Savoia presented to the Court after her Ex-Parte Conversations, which included legal advice from Judge Wojtaszeks law, Holly Sloma that the Order being read into the call was not enough, Judge Ottaviano had this to say (Traditionally, a document is not filed with a court via e-mail to the judges confidential law clerk nor is there a filing stamp on the order in this case). That version has applicants listed as A.D.A Christine Savoia and Lt. Sean Furey. Neither document lists the time of the

③

order's issuance or the date signed as required by VTL 1194(3)(d)(H).

Upon review of the transcript of the telephonic application and the actual call recording, it appears Defendant's Exhibit E is the order that more accurately reflects the order issued by Judge Wojtaszek and read back to her. When Judge Wojtaszek requested Lt. Furey read the order back, he was unable to do so citing the need to drive to ECMC. Upon Judge Wojtaszek's inquiry, ADA Savoia explains she is able to readback a form, filling in the blanks. Ultimately, the order prepared and filed was not a fill-in the blanks style form, but rather, an original word processing document that does not reflect what was read back to the judge. Defendant's E which was filed some time later, perhaps in November of 2023, appears to be more accurate, but still contains several inconsistencies with the order that was "read" to Judge Wojtaszek, including modifications to the name of the agency, inclusion or exclusion of subdivisions of statutory authority, inclusion of pronouns that were not read, and exclusion of the final paragraph in the written order. Though Lt. Furey indicated he recognized Defendant's E, he did not recall when he executed the document, and again, it contains neither a date signed nor a time issued. Neither party asked (4)

Lt. Furey to review the original order filed. The Court notes the lack of evidence in the record to show either order, or any order for that matter, was actually prepared or existed prior to or at the time of the blood draw it authorized.

Failure to properly prepare the order to compel is extreme.

On page 14 of Ottavianos May 23, 2024 Order and Decision it reads: "The order is the operative document, and the statute uses mandatory verbiage like "shall" and "must" to describe its contents. Judge Wojtaszek required it be read back to her during the application process, and the recording depicts something different than what was ultimately prepared by the District Attorney's Office, regardless of the order referenced. Given that the law does not permit oral warrants, only oral applications, failure to prepare an accurate order violates the statutory framework of VTL 1194(3) Given the violation of the order to compel procedure contained in VTL 1194(3), the Court must determine whether, despite the errors above, the chemical test evidence is admissable under an alternate theory offered by the People. The statutory language permits such evidence to be obtained by consent, a court order, or what is commonly referred to as implied consent ⑤ Consent is not offered as a basis, and the order

to compel contained fatal defects so the Court now analyzes the circumstances in light of implied consent."

It is this Plaintiffs position as well as the United States Supreme Court that all cases involving implied consent statutes and refusals, must be viewed through the lens of Birchfield v North Dakota, Missouri V McNeely, Mitchell V. Wisconsin

When there is time to secure a warrant Law Enforcement must do so. In this case at bar Law Enforcement faced no exigency and in fact did obtain an order however they decided not to follow the strict adherence of the Statute of VTL 1194 or honor the Fourth Amendment.

In effort to help the local politics along, as well as cover her own departure from the VTL and CPL mandates Judge Wojtaszek on September 14, 2022 issued a search warrant for the ECMC Hospital blood that was taken upon my arrival for emergency. By September 2, 2022 email conversations between Judge Wojtaszek's confidential law clerk Holly Sloma who sits beside her at the bench and ADA Savoia which Sloma tells Savoia "No, I'm not saying it being read into the call is enough", certainly recognized and show they knew there were problems with the Order. Recall ⑥

Judg Wojtaszek during the August 26, 2022 teleph-onic oral application diverted from the regularity of the order/search warrant process. CPL 690.40(3) requires "When a judge determines to issue a Search warrant based upon oral application the applicant therefore shall prepare the warrant in accordance with CPL 690.45 and shall read it verbatim to the judge. Judg Wojtaszek knew by September 2, 2022 there unquestionably were fatal defects with the Order she granted on August 26, 2022 and to help law Enforcement along she issued a Search warrant on September 14, 2022 not being neutral or detatched. The U.S. Const, 4th Amend; N.Y. Const, art 1'12 - uphold the right to have a neutral and detatched magistrate "Johnson V. United States; 333 US CO, 14 68 Sct 367 92 LEd (1948) sign the warrant. The Ex-Parte conversations that are prohibited between the ADA and Judges law clerk prejudiced this Plaintiff and given the foreknowledge of such the Court did not act impartially.

Respetfully Submitted,

November 5, 2024

Eric S. Gardner
PO BOX 496
Lockpot, N.Y. 14095

<u>I.V. Statement of Claim #2</u>

Medical Staff at ECMC drew my blood without viewing a Court Order. The ECMC Specimen Release Form has Court Order crossed off and Implied Consent handwritten in its place. Medical Staff should never go around drawing a patients blood without first demanding to see the Court Order from Law Enforcement. The Unconstitutional taking of my blood occurred at approximate 4:07 AM on August 24, 2022 at ECMC.

The Niagara County Assistant District Attorney Christine Savoia has listed in her discovery Mary Bridget Reilly 3/27/1974, Emilee Russell 12/15/1994, and Maria C. Kaisler 11/05/1989 as the medical staff that drew and witnessed the taking of my blood without a Court Order. I am listing and filing suit against each one of them as defendants, in addition ECMC is also a defendant. ECMC is liable because it failed to oversee that its staff was trained and trustworthy not to take someones blood based on hearsay, and that they failed to demand to see the Court Order.

November 5, 2024                 Respectfully Submitted

Eric S. Gardner
Eric S. Gardner
P.O. Box 496, Lockport, N.Y. 14095

①

**C.**    What date and approximate time did the events giving rise to your claim(s) occur?

August 26, 2022  4:00 AM ,  September 14, 2022

**D.**    What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

My Statement of Claims explain this.

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

A violation of Amendment 4 (unreasonable searches and seizures. The right of the people to be secure in their persons, houses, papers and effects, against unreasonable searches and seizures.

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am suing for $777,000 in claim No. 1 and in Claim No. 2, also for $777,000

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

**VII.  Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

**A.**  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

**B.**  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

**C.**  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☐ Do not know

If yes, which claim(s)?

_____

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

N/A

2.    What did you claim in your grievance?

N/A

3.    What was the result, if any?

N/A

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

N/A

**F.**    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

N/A

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

**G.**    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

N/A

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.    Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1.  Parties to the previous lawsuit

        Plaintiff(s)    N/A

        Defendant(s)

    2.  Court *(if federal court, name the district; if state court, name the county and State)*

        N/A

    3.  Docket or index number

        N/A

    4.  Name of Judge assigned to your case

        N/A

    5.  Approximate date of filing lawsuit

        N/A

    6.  Is the case still pending?

        ☐ Yes    N/A

        ☐ No

        If no, give the approximate date of disposition.

    7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

        N/A

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

IX.    **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.    **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    November 5, 2024

Signature of Plaintiff    *Eric Gardner*
Printed Name of Plaintiff    Eric Gardner
Prison Identification #    449
Prison Address    P.O. BOX 496
Lockport                  N.Y         14095
                          City              State        Zip Code

B.    **For Attorneys**

Date of signing:    _____

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____
Address    _____
            _____
            City              State        Zip Code
Telephone Number    _____
E-mail Address    _____

Page 10 of 11

  

Dear Clerk of the Court,                    November 5, 2024

I request that this Civil Lawsuit is filed

and that you provide me a receipt / Time Stamp

of such along with the Original documents or

in the alternative a copy of the same.

Respectfully Submitted,

Eric S. Gardner
Eric S. Gardner
P.O. BOX 496
Lockport, N.Y. 14095




**Retail**

U.S. POSTAGE PAID
FCM LG ENV
LOCKPORT, NY 14094
NOV 07, 2024

14202

**$2.31**

**RDC 99**

S2324K502294-17

USDC - WDNY

NOV 1 2 2024

BUFFALO

95 Delewave Avenue

k of the U-S District Court

United States Courthouse

Buffalo, N.Y., 14202-

Eric Gardner

P.O. Box 496

Lockport, N.Y. 14095

Cler

B

24 CV 1094

JS 44 (Rev. 08/18)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Eric S. Gardner

## DEFENDANTS
Niagara County Sheriff, Lt. Sean Furey, Deputy Mindy Brott, Niagara County District Attorney Brian Seamen, Assistant District Attorney Christine Savin

(b) County of Residence of First Listed Plaintiff **Niagara**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant **Niagara    ECMC**
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

### CONTRACT
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

### REAL PROPERTY
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

### TORTS
**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

### CIVIL RIGHTS
- ☒ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

### PRISONER PETITIONS
**Habeas Corpus:**
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty
**Other:**
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

### FORFEITURE/PENALTY
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

### LABOR
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

### IMMIGRATION
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

### BANKRUPTCY
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark

### SOCIAL SECURITY
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 485 Telephone Consumer Protection Act
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
42 U.S.C. § 1983
Brief description of cause:
Violation of Plaintiffs Fourth Amendment

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE **Ottaviano**    DOCKET NUMBER **2022-345**

DATE **November 5, 2024**

SIGNATURE OF ATTORNEY OF RECORD
*Eric S. Gardner*

### FOR OFFICE USE ONLY

RECEIPT #_____ AMOUNT_____ APPLYING IFP_____ JUDGE_____ MAG. JUDGE_____